**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7322**

VINCENT MICHAEL COLE,

            Plaintiff - Appellant,

      v.

BALTIMORE CITY POLICE DEPARTMENT, (Northeast); OFFICER
RAFAEL GARCIA,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:14-
cv-02787-PWG)

Submitted:  January 19, 2016          Decided:  January 21, 2016

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent Michael Cole, Appellant Pro Se.  Kristen Elissa
Hitchner, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland;
Michael Lawrence Marshall, SCHLACHMAN, BELSKY & WEINER, PA,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Michael Cole appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cole v. Balt. City Police Dep't, No. 8:14-cv-02787-PWG (D. Md. Aug. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED